FILED

05/20/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0714

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0714

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

HEATHER ROSE JOHNSON,

   Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time and good cause appearing,

IT IS HEREBY ORDERED that the Appellant is given an extension of time until June 20, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 20 2024